SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>   Plaintiff,<br><br>vs.<br><br>Burgans et al<br><br>   Defendants | Case No. **2:09-cv-00563-LKK-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 1, 2009 FOR DEFENDANT CHARLOTTE A. KILLEEN TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Charlotte A. Killeen, by and through, Scott N. Johnson; Charlotte A. Killeen (PRO SE), stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendant Charlotte A. Killeen until April 17, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendant Charlotte A. Killeen is granted an extension until May 1, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Charlotte A. Killeen's response will be due no later than May 1, 2009.

IT IS SO STIPULATED effective as of April 17, 2009

Dated: April 17, 2009          /s/Charlotte A. Killeen_
Charlotte A. Killeen
PRO SE

Dated: April 17, 2009          /s/Scott N. Johnson ____
Scott N. Johnson,
Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:** that Defendant Charlotte A. Killeen shall have until May 1, 2009 to respond to complaint.

Dated: April 21, 2009

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com