SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Burgans et al<br><br>    Defendants | Case No. **2:09-cv-00563-LKK-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 1, 2009 FOR DEFENDANTS BRENDA BURGANS; DANNY BURGANS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Brenda Burgans; Danny Burgans , by and through, Scott N. Johnson; Brenda Burgans; Danny Burgans (PRO SE), stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendants Brenda Burgans; Danny Burgans until April 17, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendants Brenda Burgans; Danny Burgans are granted an extension until May 1, 2009 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Brenda Burgans; Danny Burgans response will be due no later than May 1, 2009.

IT IS SO STIPULATED effective as of April 21, 2009

Dated: April 21, 2009          /s/Brenda Burgans_____
                               Brenda Burgans
                               PRO SE

Dated: April 21, 2009          /s/Danny Burgans___ ____
                               Danny Burgans
                               PRO SE

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
1  Dated:  April 21, 2009            /s/Scott N. Johnson
2                                    Scott N. Johnson,
3                                    Attorney for Plaintiff
4
5
6     **IT IS SO ORDERED:** that Defendants Brenda Burgans;
7  Danny Burgans shall have until May 1, 2009 to respond to
8  complaint.
9
10 Dated:  April 23, 2009.
```

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com